# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| THOMAS M. WILKERSON,<br><br>    Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Civil Action No. 1:21-cv-00052-LAG |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Thomas M. Wilkerson, and Defendant The Prudential Insurance Company of America, by and through their respective attorneys, hereby stipulate that all claims alleged in the above entitled action are dismissed with prejudice, without an award of attorney's fees and/or costs to either party.

77361954v.1

Date: November 23, 2021

By: */s/ Heather K. Karrh (with permission)*
HEATHER K. KARRH

HOFRICHTER & KARRH LLC
222 E. Main Street
Cartersville, GA 30120
(770) 884-6705 (telephone)
hkarrh@rhkpc.com

Attorney for Plaintiff

By: */s/ Matthew A. Clabots*
MATTHEW A. CLABOTS
Admitted *Pro Hac Vice*

SEYFARTH SHAW, LLP
233 S. Wacker Dr. Ste. 8000
Chicago, IL 60606
(312) 460-5000 (telephone)
mclabots@seyfarth.com

Daniel P. Hart
Georgia Bar No.: 141679
Seyfarth Shaw, LLP
1075 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30309-3958
(404) 881-1500 (telephone)
dhart@seyfarth.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| THOMAS M. WILKERSON,<br><br>    Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Civil Action No. 1:21-cv-00052-LAG |

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2021, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE using the Court's CM/ECF system, which will send electronic notification to the following counsel of record:

>Heather K. Karrh
>Hoffrichter & Karrh LLC
>222 E Main Street
>Cartersville, GA 30120
>hkarrh@rhkpc.com

                                                     */s/ Matthew A. Clabots*
                                                    Matthew A. Clabots
                                                    *Counsel for Defendant*

77361954v.1